the case of *Anderson* v. *The State, ante,* p. 553; and on the authority of that, and for the reasons therein given, the judgment in this is reversed, and cause remanded for further proceedings.

*S. F. Maxwell, S. D. Puett, J. E. McDonald, J. M. Butler,* and *E. M. McDonald,* for appellant.

*B. W. Hanna,* Attorney General, for the State.

———————

## ANDERSON *v.* THE STATE.

APPEAL from the Parke Circuit Court.

PETTIT, J.—This case is the same, in all legal aspects, as the case of *Anderson* v. *The State, ante,* p. 553; and on the authority of that, and for the same reasons, this case is reversed, and remanded for further proceedings.

*S. F. Maxwell, S. D. Puett, J. E. McDonald, J. M. Butler,* and *E. M. McDonald,* for appellant.

*B. W. Hanna,* Attorney General, for the State.

———————

## RANDLES *v.* RANDLES.

PLEADING.—*Complaint.*—A complaint which, purporting to be upon a promissory note, alleges a promise by defendant, on a day in blank, to pay blank dollars and blank cents, and with which no note or copy thereof is filed, is insufficient.

APPEAL from the Tippecanoe Common Pleas.

DOWNEY, J.—The only question made in this case is as to the sufficiency of the complaint. It is as follows:

"The State of Indiana, Tippecanoe County, ss. In the Common Pleas Court. To the November term, 1869.